THIS IS A REPRINTED RECEIPT



More.value.for the
...way.you.live.

.....465.STATELINE.RD
.....(662).393-2675
.....YOUR.CASHIER.WAS.TERENCE

MR......WESTERN.UNION.....NP1,012.99
........TAX....................0.00
...****.BALANCE............1,012.99
........CASH..................1,020.00
........CHANGE.................7.01

TOTAL.NUMBER.OF.ITEMS.SOLD.=....0
04/30/12.07:01pm.404.30.159.355

*****************************************
.....We.Value.Your.Feedback!
ENTER.TO.WIN.ONE.OF.15.$100.GIFT.CARDS
You.are.invited.to.complete.a.survey
.about.your.recent.visit.to.Kroger
........Answer.by.Internet.@.
..........www.tellkroger.com
You.will.need.this.receipt.to.respond
..........SURVEY.ENTRY.CODE

..............026.999
*****************************************

....THANK.YOU.FOR.SHOPPING.KROGER

THIS IS A REPRINTED RECEIPT

---

**CUSTOMER RECEIPT**
Western Union Payments
KROGER #404
465 STATELINE RD W
SOUTHAVEN MS 38671

Oper ID: TMP
04/30/2012   800P EDT
**MTCN:** 425-626-4327
CASH
Delivery/Entrega: Urgent
Sender/Remitente: EDDIE JONES

Payee/Beneficiario: NATIONSTAR MORTGAGE

Account #/Numero de cuenta: 596967612


Amount/Cantidad:     $1,000.00
Charge(s)/Cargos:
   Service/Servicio:    12.99
Total/Total:        $ 1012.99

See form for terms and conditions/
Ver formulario para terminos y condiciones



# WILSON & ASSOCIATES, P.L.L.C.

Attorneys at Law – Arkansas and Tennessee
1521 Merrill Drive, Suite D-220
Little Rock AR 72211
501-219-9388
Fax: 501-219-9458
Internet: www.wilson-assoc.com



THIS FIRM PRACTICES IN MULTIPLE STATES AND MAY BE CONSIDERED TO BE A DEBT COLLECTOR IN SOME JURISDICTIONS. TO THE EXTENT IT IS APPLICABLE, THE FOLLOWING NOTICE IS PROVIDED: THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED CAN BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.

May 15, 2012

136433

VIA CERTIFIED MAIL

Mr. Eddie S. Jones
1980 Prado Avenue
Memphis, TN 38116

RE:   Eddie S. Jones and Pamela Jones
      1980 Prado Avenue
      Memphis, Tennessee 38116
      W&A No. 931-20645
      FHA No. 482-195075-6

Dear Mr. Jones:

IF YOU HAVE PREVIOUSLY BEEN DISCHARGED FROM A CHAPTER 7 OR 13 BANKRUPTCY, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY. THIS LETTER ONLY SERVES AS NOTICE OF THE UPCOMING FORECLOSURE AS REQUIRED BY EITHER YOUR SECURITY INSTRUMENT, TENNESSEE ANNOTATED, AND/OR THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT.

Pursuant to the enclosed Notice of Trustee's Sale, please be advised that the property commonly known as 1980 Prado Avenue, Memphis, Tennessee 38116 is scheduled to be sold at foreclosure sale.

IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CREDITOR ON THE ATTACHED NOTICE OF SALE, THEN UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS OF THE RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR.

THE LAW FIRM OF WILSON & ASSOCIATES, P.L.L.C. COLLECTS DEBTS FOR MORTGAGE LENDERS. ANY INFORMATION OBTAINED IN THIS REGARD MAY BE USED FOR THAT PURPOSE. If you have any questions, please feel free to contact our Loss Mitigation Department at 501-734-2100.

Sincerely,

WILSON & ASSOCIATES, P.L.L.C.

Enclosure
cc:
      LenStar

## NOTICE OF TRUSTEE'S SALE

WHEREAS, default has occurred in the performance of the covenants, terms, and conditions of a Deed of Trust Note dated August 14, 1987, and the Deed of Trust of even date securing the same, recorded August 25, 1987, as Instrument No. AA 4168 in Office of the Register of Deeds for Shelby County, Tennessee, executed by Eddie S. Jones and Pamela Jones, conveying certain property therein described to Ralph E. Kelly and Thomas F. Baker, IV as Trustee for First Tennessee Bank National Association; and the undersigned, Wilson & Associates, P.L.L.C., having been appointed Successor Trustee.

NOW, THEREFORE, notice is hereby given that the entire indebtedness has been declared due and payable; and that an agent of Wilson & Associates, P.L.L.C., as Successor Trustee, by virtue of the power, duty, and authority vested in and imposed upon said Successor Trustee will, on **June 29, 2012 on or about 12:00 P.M., at the Shelby County Courthouse, Memphis, Tennessee,** offer for sale certain property hereinafter described to the highest bidder **FOR CASH,** free from the statutory right of redemption, homestead, dower, and all other exemptions which are expressly waived in the Deed of Trust, said property being real estate situated in Shelby County, Tennessee, and being more particularly described as follows:

**Lot 195, Section B, Holmesdale Subdivision, as shown on plat of record in Plat Book 30, Page 74, in the Register's Office of Shelby County, Tennessee.**

**ALSO KNOWN AS: 1980 Prado Avenue, Memphis, Tennessee 38116**

The HB 3588 letter was mailed to the borrower(s) pursuant to Tennessee Code Annotated 35-5-117. This sale is subject to all matters shown on any applicable recorded plat; any unpaid taxes; any restrictive covenants, easements, or setback lines that may be applicable; any statutory rights of redemption of any governmental agency, state or federal; any prior liens or encumbrances as well as any priority created by a fixture filing; and to any matter that an accurate survey of the premises might disclose. In addition, the following parties may claim an interest in the above-referenced property: **Eddie S. Jones; Pamela Jones; Memphis Radiological; Ford Motor Credit Company; Internal Revenue Service; Ford Motor Credit Company; McClain Motors; Credit Acceptance Corporation; BMH Desto; Methodist Health Systems; Capital One Bank; Midland Funding LLC**

On or about December 12, 2002, the United States of America, Internal Revenue Service, filed a federal tax lien against the Defendant, Pamela K Jones, recorded in the Register's Office of Shelby County, Tennessee, as Instrument No. 02212307. Any interest in the property held by the United States of America, Internal Revenue Service, by virtue of the aforementioned federal tax lien is both junior and inferior to the interests held by First Horizon Home Loans, a division of First Tennessee Bank National Association. Provided, however, that the United States of America, Internal Revenue Service, pursuant to 26 U.S.C. §7425 and 28 U.S.C. §2410(c), shall have one hundred and twenty (120) days from the date of the sale within which to redeem the property by virtue of its tax lien(s) herein by payment of the actual amount paid by the purchaser at the

foreclosure sale, plus any amount in excess of the expenses necessarily incurred in connection with such property, less the income from such property, plus a reasonable rental value of such property. As required by 26 U.S.C. §7425(b), the United States of America, Internal Revenue Service has been given timely notice of this action.

On or about August 15, 2003, the United States of America, Internal Revenue Service, filed a federal tax lien against the Defendant, Pamela K Jones, recorded in the Register's Office of Shelby County, Tennessee, as Instrument No. 03163140. Any interest in the property held by the United States of America, Internal Revenue Service, by virtue of the aforementioned federal tax lien is both junior and inferior to the interests held by First Horizon Home Loans, a division of First Tennessee Bank National Association. Provided, however, that the United States of America, Internal Revenue Service, pursuant to 26 U.S.C. §7425 and 28 U.S.C. §2410(c), shall have one hundred and twenty (120) days from the date of the sale within which to redeem the property by virtue of its tax lien(s) herein by payment of the actual amount paid by the purchaser at the foreclosure sale, plus any amount in excess of the expenses necessarily incurred in connection with such property, less the income from such property, plus a reasonable rental value of such property. As required by 26 U.S.C. §7425(b), the United States of America, Internal Revenue Service has been given timely notice of this action.

The sale held pursuant to this Notice may be rescinded at the Successor Trustee's option at any time. The right is reserved to adjourn the day of the sale to another day, time, and place certain without further publication, upon announcement at the time and place for the sale set forth above. **W&A No. 931-20645**

DATED May 15, 2012

| | |
|---|---|
| INSERTION DATES: | WILSON & ASSOCIATES, P.L.L.C., Successor Trustee |
| May 18, 2012 May 25, 2012 June 1, 2012 | |

FHA No. 482-195075-6

DSaleNoticeTN-Shellie_msherrod_120515_1311

# FOR SALE INFORMATION, VISIT WWW.MYFIR.COM and WWW.REALTYTRAC.COM