## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION

| | |
|---|---|
| EDDIE SYLVESTER JONES, JR., AKA<br>Eddie Sylvester Jones, Jr., Secured Party<br>    Plaintiff<br>v.<br><br>WILSON&ASSOCIATES, P.L.L.C,<br>NATIONSTAR MORTGAGE,<br>FIRST HORIZON HOME LOANS<br>FIRST TENNESSEE BANK,<br>Angela Boyd, Bruce B. Hopkins,<br>Harold Lewis, Thomas Sides, David<br>Lenoir,<br>      Et Al. Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **In Admiralty**<br><br>Case No._____<br><br>COMPLAINT FOR CONSTITUTION<br>STATUTORY VIOLATIONS:<br>Violation of Truth in Lending Act 15<br>U.S.C. 1601 et seq, Violation of Fair<br>credit Billing Act, 15 U.S.C.1601, Breech<br>of Contract, FRAUD,Fair Debt Collection,<br>Practices Act, 15 U.S.C.1692et seq.<br><br>**TRIAL BY JURY OF PEERS**<br>**DEMANDED** |

## AFFIDAVIT OF Eddie Sylvester Jones, Jr.

STATE OF  TENNESSEE )

COUNTY OF SHELBY    )

     Comes Now the Plaintiff, Eddie S.Jones, Jr and files this affidavit and grievance for criminal charges be enforce on Defendants.

1. "My name is Eddie Sylvester Jones, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

2. On April 30, 2012 the Plaintiff's made his payments to NATIONSTAR MORTGAGE COMPANY which was servicing a Home loan for FIRST

TENNESSEE BANK and FIRST HORIZON NATIONAL CORP in that I have no contract with NATIONSTAR MORTGAGE COMPANY.

3. I, Eddie Sylvester Jones, Jr., certify that I have secured interest in the Real Property located at 1980 Prado Ave., Memphis, TN 38116, that is registered in the Shelby County register's office and at Secretary of State of Tennessee office under Uniform Commercial Code. Plaintiff certifies that I have a commercial lien with an Affidavit of Secured Interest on the above mentioned property.

4. That on May 9, 2012, the Plaintiff received a notice from NATIONSTAR's Agent Attorney "FIRM AGENTS", WILSON &ASSOCIATES, P.L.L.C., Angela Boyd, Attorney, alleging that the loan was in default and that the real property at 1980 Prado Ave., Memphis, TN 38116 would be sold on <u>June 29, 2012 by the SHELBY COUNTY TRUSTEE.</u> It is unclear to why the Plaintiff was obligated to make payments to NATIONSTAR, a "LOAN SERVICER MORTGAGE COMPANY" or to FIRST HORIZON NATIONAL CORP. in regard to Plaintiff's loan.

5. I sent lawful notifications, payments, and inquiry pursuant to their proof of claim but the Attorney Angela Boyd failed to respond to my inquiry only stating that there would be a sale of the Real Property located at 1980 Prado Ave., Memphis, TN 38116.

6. The Defendants organized, conspired through its administrative process to commit theft against Eddie Sylvester Jones, Jr of his real property under color of law without due process. Which is also in violation of the RICO ACT Title 18 U.S.C. §§ 1961-1968, Title 18 USC § 474 for fraudulent securities. Truth in Lending Act,("TILA"),15 U.S.C.A 1601 et.seq., Fair Credit Billing Act Title 15 U.S.C.A 1601 et. seq., Fair Debt Collection Practices Act, 15 U.S.C.A. 1692 et.seq., Fair Housing Act of 1968, as amended, Title 42 U.S.C.A. §§ 1983 *et seq.*, Tennessee Consumer Protection Act of 1977, as amended, Tenn. Code Ann. §§ 47-18-101 *et seq.*, The Defendants actions violates the Uniform Commercial Code which is derived by Public Policy, Act of

Congress, House Joint Resolution 192 codified at 48 Stat. 112 (June 5, 1933); Public Law 73-10.

7. I, Eddie Sylvester Jones, Jr., assert and request that all oaths of offices of elected or appointed officials herein a part of this complaint shall be made part of the record herein this complaint.

The Affiant further Sayeth not.

_eddie sylvester jones jr._
**Affiant**

**SUBSCRIBED AND AFFIRMED:**

On this 27th day of JUNE, 2012 before me, Eddie Sylvester Jones, Jr. personally appeared or personally known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.



**Witness my hand and official seal.**

_Anthony D Hayes_
**NOTARY PUBLIC**

My Commission Expires: _11/21/2012_