IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION

| | |
|---|---|
| EDDIE SYLVESTER JONES, JR., AKA Eddie Sylvester Jones, Jr., Secured Party Plaintiff<br>v.<br><br>WILSON&ASSOCIATES, P.L.L.C,<br>NATIONSTAR MORTGAGE,<br>FIRST HORIZON HOME LOANS<br>FIRST TENNESSEE BANK,<br>Angela Boyd, Bruce B. Hopkins,<br>Harold Lewis, Thomas Sides, David Lenoir, Bryan Jordan<br>Et Al. Defendants | **In Admiralty**<br><br>Case No. 2:12-cv-02510-JDT-cgc<br><br>COMPLAINT FOR CONSTITUTION STATUTORY VIOLATIONS<br>Violation of Truth in Lending Act 15 U.S.C. 1601 et seq, Violation of Fair credit Billing Act, 15 U.S.C.1601, Breech of Contract, FRAUD, Fair Debt Collection, Practices Act, 15 U.S.C.1692et seq.<br>united States Constitution ratified 1791<br>Bill of Rights of the National Constitution<br>Articles 1, 4, 5,6,7,8 and 9<br><br>**TRIAL BY JURY OF PEERS DEMANDED** |

## CLAIM OF LIEN

The undersigned Eddie Sylvester Jones, Jr referred to in this Claim of Lien as the Secured Party Claimant, claims a lien for the labor, services, maintenance, equipment and/or materials, furnished for all work of improvement and maintenance upon the property registered with the State, with address at 1980 Prado Ave, Memphis, TN. 38116, County of Shelby, as described, Lot 195, Section B, Holmesdale Subdivision, Tennessee Parcel ID: 07914700015 as shown on plat of record in Plat Book 30, Page 74, in the Register's Office Shelby County, Tennessee, to which plat reference is hereby made for a more particular description of said property.

The following property is accepted for value, Exempt from Levy, and herewith registered in the Commercial Chamber and liened $500,000.00 dollars of Vested and secured Interest and is private Property (conveyance) of the Secured Party as Authorized Representative. All rights to said real property is the exclusive and

sole property of the Secured Party. All rights were quit claim to the Secured Party by Pamela Jones, quit claim registered in the Shelby County Registered office in the State of Tennessee, claim number

The property described is registered with the Tennessee Secretary of State in the name of Eddie Sylvester Jones, Jr, as Secured Party under UCC Filing No. 112-219905. Secured Party labor, services, maintenance, equipment, and/or materials furnished by Secured Party Claimant for 25 years of service, maintenance, upkeep, improvements including but not limited to materials and labors plus additional investments that are the vested and secured interest in the real property.

The name and address of the reputed owner is Eddie Sylvester Jones, Jr, 1980 Prado Ave, Memphis, TN. 38116.

Name of Secured Party Claimant: Eddie Sylvester Jones, Jr.

Signature _____  Date: July 23, 2012

State of Tennessee   )

County of Shelby    )

Subscribed and sworn to (or affirmed) before me on this 23rd day of July, 2012 by Eddie Sylvester Jones, Jr, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me. I, THE UNDERSIGNED, DECLARES: I am the secured Claimant name in the foregoing claim of lien; I am authorized to make this verification for the claimant; I have read the foregoing claim of lien and know the contents thereof, and the same is true to my own knowledge. I, declare under penalty of perjury under the laws of the Tennessee Republic that foregoing is true and correct.

(Seal)   [Notary Seal: ANTHONY D. HAYES, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF SHELBY]

_____   11/21/2012
Notary                    My commission expires