# UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF TENNESSEE

**EDDIE SYLVESTER . JONES**

    **PLAINTIFF**

V.                              Case No: 2: 12-02510-JDT-cgc

**NATIONSTAR**
**FIRST HORIZON**
**FIRST TENNESSEE NATIONAL BANK**

                **ET AL**

    **DEFENDANTS**

---

### PLAINTIFF MOTION OPPOSING COUNSEL TO DISMISS ANGELA BOYD

---

    Comes now, Plaintiff, Eddie S. Jones before this court opposing the Defendant, Wilson and Associates, PLLC in dismissing Angela Boyd from the complaint.

    Plaintiff submitted a motion before this court seeking to amend his complaint to bring more clarity to the case and to each defendant in this matter. Defendant, Angela Boyd has played a key role in violation of the wrongful foreclosure and therefore should not be dismissed in this complaint.

### SUPPORTIVE ARGUMENT OPPOSING DISMISSAL

Defendant, Angela Boyd role in the wrongful foreclosure is based on her oath of office in a questionable dispute between Plaintiff and Nationstar, First Tennessee National Bank, and First Horizon.

It is the role of an officer working on behalf of lien holder to assure there is no dispute before proceeding with any foreclosure. Documents showing a genuine dispute over a debt should not proceed in foreclosure until it has been resolved.

Defendant, Angela Boyd has a fiduciary duty on behalf of any person seeking a foreclosure to assure the account and documents are correct, proper, and in order prior to any and all court proceedings.

Defendant provided necessary material documents disputing the debt in question which Defendant Boyd should have requested the original documents of the loan to assure the foreclosure was in fact, proper.

## HISTORY OF FIRST TENNESSEE AND FIRST HORIZON COMMITTING WRONGFUL FORECLOSURE

Other court cases have been filed against various banks ( B of A, Citi mortgage etc) citing error paperwork, deceptive practices, and other unethical and unlawful acts committed against its customer in seeking a foreclosure. Yet the courts have considered First Tennessee and its child company, First Horizon as part of the foreclosure epidemic. Plaintiff can present material documents where in 2007, First Horizon and First Tennessee accepted payment for one of its customers and mis placed the loan and the payments resulting in foreclosure of her property. Plaintiff site former New York Attorney General Spitzer filed several cases against First Horizon on wrongful foreclosure in properties where there was a genuine dispute over the debt of the property. Plaintiff has submitted an Amend motion presenting to the court more cause as to why Defendant Boyd should not be dismissed.

IT IS THEREFORE:

2

1. The motion to dismiss be set aside until Plaintiff can amend case showing clarity in this matter.
2. Defendant Angela Boyd motion be denied once Plaintiff provide to the court his amend complaint showing clarity

Respectfully Submitted,

*Eddie S. Jones*

Eddie S. Jones
1980 Prado Street
Memphis, TN 38116

## CERTIFICATE OF SERVICES

A copy of this motion has been submitted to all parties and or their counsel on this day __21__ of March, 2013 by United States Postal Service

Respectfully,

*Eddie S. Jones*

**Eddie S. Jones**